Rickey Lett

1249 Sandlewood Dr

Montgomery, AL 36117

(334) 220-7798

RECEIVED

2013 SEP 18 A 9:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

THE UNITED STATES DISTRICT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA

Rickey Lett                    )
                               )      2:13-cv-665-MHT
          Plaintiff,           )
                               )
V.                             )
                               )
Midland Funding LLC            )
                               )
          Defendant.           )
_____)

I Rickey Lett the Plaintiff here by file a law suit against the Midland Funding LLC, the Defendant;

1. For reporting and placing insouciant, prefunctory and nefarious information on my credit report from October 21, 2010 to the present of 2013, which was untrue. (Account#853661)

2. For causing my credit rating to be inimical adversely.

"3. For placing my family and I in a horridfied position and causing us irreparable hardship.

I here by petition the Honorable and Respectful Court for the judgement of $350,000 dollars and punitive damages from Midland Funding LLC, the defendant, from this corporeity matter.

Date 9/18/13

Rickey Lett, Plaintiff
1249 Sandlewood Dr
Montgomery, AL 36117
(334) 220-7798