IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICKEY LETT,                    )
                                )
    Plaintiff,                  )
                                )
                                )       CIVIL ACTION NO.
    v.                          )       2:13cv665-MHT
                                )            (WO)
                                )
MIDLAND FUNDING LLC,            )
                                )
    Defendant.                  )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Rickey Lett's objections (Doc. No. 11) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 10) is adopted.

(3) Defendant Midland Funding LLC's motion to dismiss (Doc. No. 6) is granted.

(4) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of November.

                          /s/ Myron H. Thompson  
                      UNITED STATES DISTRICT JUDGE